UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-CV-350

| | |
|---|---|
| OWEN HARTY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>DENNY'S INC., f/k/a DENNY'S )<br>RESTAURANTS, INC., J. A. HARTMAN )<br>PARTNERSHIP, and )<br>SHIERIDAN-PINEGROVE )<br>PARTNERSHIP, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court upon its own motion. The above-captioned case was initially filed on August 1, 2010. While three amended complaints have been filed in the case, the latest on May 1, 2012, and parties have been added, the case must move forward. It is therefore ordered that the parties conduct an initial attorney's conference pursuant to Fed. R. Civ. P. 26(f) within ten (10) days of the issuance of this order and file a certification of such conference within four (4) days thereafter.

IT IS SO ORDERED.

Signed: August 29, 2012

Frank D. Whitney
United States District Judge